## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :

      :    **CRIMINAL COMPLAINT**

     v.       :

      :    Honorable Steven C. Mannion

QUENTIN JACKSON     :
    a/k/a "Q,"       :    Mag. No. 19-6046
    a/k/a "Quent,"       :

      :

DAYVON WILLIAMS     :
    a/k/a "Dayo," and       :

      :

ABDULALIM HARDY     :

I, Keith Willis, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Keith Willis, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
February 21, 2019, Essex County, New Jersey

Honorable Steven C. Mannion
United States Magistrate Judge          Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about December 11, 2018, in the District of New Jersey and elsewhere, the defendant,

**QUENTIN JACKSON,**
**a/k/a "Q,"**
**a/k/a "Quent,"**

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Hudson County, did knowingly possess in and affecting commerce a firearm and ammunition, namely—a Smith & Wesson .38 caliber handgun, bearing serial number CFU2882, loaded with five rounds of .38 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
(Possession of a Firearm by a Convicted Felon)

On or about December 11, 2018, in the District of New Jersey and elsewhere, the defendant,

**DAYVON WILLIAMS,**
**a/k/a "Dayo,"**

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Hudson County, did knowingly possess in and affecting commerce a firearm and ammunition, namely—a Smith & Wesson .22 caliber semi-automatic handgun, bearing serial number HHE7380, loaded with 8 rounds of .22 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
(Possession of a Firearm by a Convicted Felon)

On or about December 11, 2018, in the District of New Jersey and elsewhere, the defendant,

**ABDULALIM HARDY,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Hudson County, did knowingly possess in and affecting commerce a firearm and ammunition, namely—a Titan Tiger .38 caliber handgun, bearing serial number 0067268, loaded with five rounds of .38 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, Keith Willis, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      On or about December 11, 2018, members of the Jersey City Police Department's Street Crimes Unit were conducting proactive patrol in the area of Bergen Avenue and Grant Avenue in Jersey City, New Jersey, due to two recent shootings in that area. At approximately 3:00 p.m., one officer ("Officer 1") observed an individual—subsequently identified as Adbulalim Hardy ("HARDY") —engage in what appeared to be a hand-to-hand drug transaction in front of a residence on Grant Avenue (the "Residence").

2.      At approximately 4:00 p.m., Officer 1, now joined by several other officers, returned to this area of Grant Avenue to conduct a follow-up investigation relating to the previously observed hand-to-hand drug transaction and to continue proactive patrol in response to an increase in violence. As officers neared the Residence, they observed a group of eight to ten individuals, including HARDY, whom they then approached to conduct a field interview.

3.      Immediately following the officers' approach, several members of the group began to scatter. At that time, one officer ("Officer 2") observed what appeared to be the handle of a revolver-type handgun in HARDY's jacket pocket. HARDY complied with the officers' directive to stop, and a subsequent frisk revealed that the object was a Titan Tiger .38 caliber handgun, bearing serial number 0067268, loaded with five rounds of .38 caliber ammunition.

4.      Meanwhile, officers observed another individual, subsequently identified as Dayvon Williams ("WILLIAMS") run up the front stairs of the Residence and jump over a locked fence. As he jumped, one officer ("Officer 3") observed what appeared to be the handle of a black handgun protruding from the rear pocket of WILLIAMS's jeans. Another officer ("Officer 4") pursued WILLIAMS up the front stairs of the Residence, over an adjacent locked fence, and over a second fence at the end of the alley. Additional officers, including Officer 3, circled around in order to thwart WILLIAMS's exit on the other end of the alleyway.

5.      Within minutes of initiating the pursuit, and after determining that WILLIAMS never exited the alleyway, Officer 4 discovered a Smith & Wesson .22

caliber semi-automatic handgun, bearing serial number HHE7380, loaded with 8 rounds of .22 caliber ammunition, in the area between the rear alleyways of a residence on Claremont Avenue, in the direction WILLIAMS had run. Almost immediately thereafter, officers found WILLIAMS hiding in a stairwell in the area of the neighboring residence on Claremont Avenue.

6.    While Officer 3 and Officer 4 pursued WILLIAMS, Officer 1 observed a third individual, subsequently identified as Quentin Jackson ("JACKSON") make furtive, nervous movements before also moving up the front stairs of the Residence. As JACKSON moved up the stairs to the porch of the Residence, Officer 1 observed him slide his hand down his leg, seemingly moving an object away from his body. Immediately thereafter, Officer 2 observed a handgun on the porch of the Residence in the immediate vicinity of JACKSON. That handgun was revealed to be a Smith & Wesson .38 caliber handgun, bearing serial number CFU2882, loaded with five rounds of .38 caliber ammunition.

7.    In a post-arrest statement, following his written waiver of his *Miranda* rights, HARDY admitted that he had possessed a .38 caliber Titan Tiger revolver in his pocket.

8.    Before being recovered in New Jersey on or about December 11, 2018, each of the firearms moved in interstate commerce.

9.    On or about February 6, 2014, JACKSON was convicted in the Superior Court of New Jersey, Hudson County, of unlawful possession of a handgun, in violation of N.J.S.A. 2C:39-5B, a crime punishable by imprisonment for a term exceeding one year.

10.    On or about August 10, 2015, WILLIAMS was convicted in the Superior Court of New Jersey, Hudson County, of unlawful possession of a handgun, in violation of N.J.S.A. 2C:39-5B, a crime punishable by imprisonment for a term exceeding one year

11.    On or about July 11, 2014, HARDY was convicted in the Superior Court of New Jersey, Essex County, of possessing a controlled dangerous substance, in violation of N.J.S.A. 2C:35-10(a), a crime punishable by imprisonment for a term exceeding one year.