**PROB 12A**
**(6/21)**

# United States District Court

## for

## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Dayvon Williams

Cr.: 19-00184-002
PACTS #: 5998413

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/13/2022

Original Offense:    Count One: Unlawful Transport of Firearms - Etc., 18: U.S.C 922G.F

Original Sentence: 63 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Place Restriction Area, Other Condition

Type of Supervision: Supervised Release          Date Supervision Commenced: 06/01/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On June 1, 2023, Mr. Williams reported to our office and submitted a urinalysis, which yielded positive for marijuana. Mr. Williams subsequently admitted to smoking marijuana on May 28, 2023. He signed a drug admission form. |

U.S. Probation Officer Action:

Mr. Williams was admonished for smoking marijuana. He ensured us that he will not use any illegal narcotics while on probation. We will continue to monitor his compliance. At this time, we are not recommending any court action be taken.

Prob 12A – page 2
Dayvon Williams

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KIMBERLY MARIN
       U.S.  Probation Officer

/ km

APPROVED:

_____        06/26/2023
KEVIN M. VILLA                                      Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

X   No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

_____
Signature of Judicial Officer

_____
6/26/2023
Date